# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**MANUEL ANTONIO ACEVES-MORENO,**

    Petitioner,

    V.                     CASE NUMBER: **06-C-684**

**DEPARTMENT OF HOMELAND SECURITY**,

    Respondent.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Manuel Antonio Aceves-Moreno's petition for a writ of habeas corpus is DISMISSED.**

**This action is hereby DISMISSED.**

| | |
|---|---|
|   **January 23, 2007** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |